## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Travonte Marquise Dushonn Davis, a minor, by his parent and legal guardian, Sherrita Davis,<br><br>Plaintiff,<br><br>vs.<br><br>Officer Tou M. Cha, and The City of St. Paul,<br><br>Defendants. | Court File No. 04-2815 (MJD/JGL)<br><br><br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The above-entitled matter came before the undersigned, Judge of the United States District Court, District of Minnesota, on Stipulation for Dismissal With Prejudice by and between the parties, Travonte Marquise Dushonn Davis, through his attorney, Michael B. Padden, and Defendants Tou M. Cha and The City of St. Paul, through their attorney, James F.X. Jerskey, Assistant St. Paul City Attorney.

### ORDER

Pursuant to the foregoing Stipulation, it is hereby ordered that this matter shall be dismissed in its entirety with prejudice, on the merits, and without costs, attorneys fees, or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: November 18, 2005         s/ Michael J. Davis
                                 Michael J. Davis
                                 Judge of the United States District Court